**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00381-CV**
_____


**IN RE MICHAEL POSTEL**

_____

**Original Proceeding**
_____

**ORDER**

Michael Postel filed a petition for writ of mandamus. The relator is a respondent in Cause No. 12-09-10107 CV, *In the Matter of the Marriage of Theresa Postel and Michael Postel*. Relator seeks a writ compelling the Honorable Tracy Gilbert, Judge of the 418th District Court, to vacate an order compelling discovery. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relator alleges that prejudice will result if the discovery occurs before the issues raised in the petition for writ of mandamus can be resolved.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of July 30, 2013 in Cause No. 12-09-10107 CV is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

The response of the real party in interest, Theresa Postel, is due August 30, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 20, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2